■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY BELLAMY, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Winick, J.), rendered December 12, 1989, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Bracken, J. P., Kunzeman, Eiber, Balletta and Ritter, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY T. BROWN, Appellant.—Appeal by the defendant from two judgments of the County Court, Westchester County (Silverman, J.), both rendered April 6, 1990.

Ordered that the appeals are dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Lawrence, Rosenblatt and Copertino, JJ., concur.